IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Shantell Eugenia King, | ) | Case No.: 1:23-cr-00060 |
| | ) | |
| Defendant. | ) | |

On September 7, 2023, Defendant was released to Prairie Recovery Center. (Doc. No. 47). Defendant is expected to complete programming by November 21, 2023, with an anticipated discharge date of the same date. (Doc. No. 65).

On November 15, 2023, Defendant filed a *Motion to Amend Order Granting Motion for Release*. (Doc. No. 65). Advising that Defendant has been accepted into Blessed Builders Sober Living & Treatment Services ("Blessed Builders"), Defendant requests to reside there beginning on November 21, 2023.

There being no opposition from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 65). Upon successful completion of programming and discharge from Prairie Recovery Center, Defendant shall immediately report to and reside at Blessed Builders. Defendant's release shall be subject to the following conditions:

1.) Defendant shall not violate federal, state, tribal, or local law while on release.

2.) Defendant shall appear in court as required and shall surrender to serve any sentence imposed.

3.) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer. Defendant shall contact her supervising officer within 48 hours of arrival at Blessed Builders.

4.) Except upon prior approval from the Pretrial Services Officer, Defendant's travel is restricted to the District of North Dakota.

5.) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

6.) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

7.) Defendant shall not knowingly or intentionally have any direct or indirect contact with any co-defendant(s), except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

8.) Defendant shall reside at Blessed Builders, participate in the programs, and abide by its rules and regulations.

9.) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communication with facility staff about her progress in the program.

>Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.
>
>If for any reason Defendant is terminated from the treatment program, she must immediately report to the United States Marshal.
>
>At least 96 hours prior to completion of the treatment program, Defendant must advise the Pretrial Services Officer of her anticipated competition date so the Court may schedule a hearing to review her release status.

10.) Defendant shall submit her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release/ Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that Defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

11.) Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2023.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court